THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| Christina I. Sukhu, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | CASE NO. 17-57720-LRC |

**DEBTOR'S MOTION TO REOPEN CHAPTER 7 CASE**

Comes now, Debtor, through undersigned counsel, and moves this Court to Reopen this Chapter 7 case. In support thereof, Debtor shows the Court as follows:

1.

This case was commenced upon Debtor's filing a Voluntary Petition in Bankruptcy for relief under Chapter 7 of Title 11 of the United States Code on April 29, 2017.

2.

This Chapter 7 case was Discharged on August 10, 2017.

3.

The Debtor comes now before the Court to ask that the estate be reopened to allow for a Motion to Avoid Lien to be filed to include the pre-petition lien for Autovest LLC. a/a/o Wells Fargo Bank N.A. which not filed in the initial case.

WHEREFORE, Debtor asks that the estate be re-opened and that the Chapter 7 Trustee be reappointed to administer the Chapter 7 bankruptcy.

WHEREFORE, Debtor prays that this motion be allowed and for such other relief as this Court deems equitable and just.

Respectfully submitted,
The Ballard Law Group

_____/s/
Cha'Ron A. Ballard
Attorney for Debtor
GA Bar No.251011
3664 Club Drive, Suite 203A
Lawrenceville, GA 30044
 (404) 220-9906 Office
theballardlawgroup@gmail.com

THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| Christina I. Sukhu, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | CASE NO. 17-57720-LRC |

**NOTICE OF HEARING ON MOTION TO REOPEN CHAPTER 7 CASE**

**PLEASE TAKE NOTICE** that the Debtor in the above-referenced matter filed a "Motion" seeking to have the Court to Reopen Chapter 7 Case.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the matter in Courtroom **1204** of the United States Courthouse, 75 Ted Turner Drive, SW. Atlanta, Georgia at **10:15 A.M.** on **July 22, 2021**.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

                                                                     Respectfully submitted,
                                                                      The Ballard Law Group

Dated: Tuesday, June 15, 2021                            By: _____/s/
                                                                      Cha'Ron A. Ballard
                                                                      Attorney for the Debtor
                                                                      GA Bar No. 251011

THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Christina I. Sukhu, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | CASE NO. 17-57720-LRC |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies:

That I am more than eighteen years of age, and that on this day I served a copy of the within "Debtor's Motion to Re-Open Chapter 7 Case" and "Notice of Hearing" filed in this bankruptcy case upon (a) the Chapter 7 Trustee, and (b) the following, by depositing a copy of same in the United States Mail with sufficient postage thereon to ensure delivery to:

**Trustee:**

**S. Gregory Hays**
Suite 200
3343 Peachtree Rd. NE
Atlanta, GA 30326-1420

**Debtor:**

Christina I. Sukhu
1296 Candler Court
Morrow, GA 30044

**Creditors:**
Autovest LLC assignee of
Wells Fargo Bank, N.A.
c/o Lefkoff Rubin Gleason Russo
5555 Glenridge Connector
Ste. 900
Atlanta, GA 30342

Autovest LLC. a/o Wells Fargo
Bank, N.A.
26261 Evergreen Rd. Ste. 390
Southfield, MI 48076

Registered Agent For:
Autovest LLC. a/o Wells Fargo
Bank, N.A.
Corporation Service Company
2 Sun Court, Ste. 400
Peachtree Corners, GA 30092

Wells Fargo Bank NA
(FDIC#3511)
c/o Charles W. Scharf, CEO
101 N. Phillips Ave.
Sioux Falls, SD 57104


Registered Agent for: Wells Fargo Bank NA (FDIC 3511)
Corporation Service Company
2 Sun Court
Suite 400
Peachtree Corners, GA 30092

Wells Fargo Bank NA
101 N. Phillips Ave.
Sioux Falls, SD 57104



Dated: Tuesday, June 15, 2021


By:_____/s/____
Cha'Ron A. Ballard,
Attorney for Debtor
The Ballard Law Group
3664 Club Drive, Suite 203A
Lawrenceville, GA 30044
(404) 220-9906 Office
theballardlawgroup@gmail.com